**FILED**

MAY 0 9 2019

Clerk, U S District Court
District Of Montana
Billings

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-41-BLG-SPW-2 |
| Plaintiff, | ORDER |
| vs. | |
| LUIS RAUL LOZOYA-CAMACHO, | |
| Defendant. | |

For the reasons stated on the record, LUIS RAUL LOZOYA-CAMACHO is

hereby released from the custody of the U.S. Marshals Service.

DATED this 9th day of May, 2019.



SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1